UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL COBO PACHECO, a/k/a Miguel Pacheco,<br><br>Defendant. | No. 2:13-CR-026-LRS-3<br><br>ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE<br><br>☒   Motion Granted<br>    **(ECF No. 285)** |

Before the Court is Defendant's Motion for Order Permitting Removal of Monitoring Device.  Assistant U.S. Attorney James Goeke does not oppose the Motion, and Pretrial Services indicates no objection.  The Court is unaware of any pretrial release violations by Mr. Pacheco.

The Court has reviewed the Motion, Affidavit, and the file.

**IT IS ORDERED** Defendant's unopposed Motion, **ECF No. 285**, is **GRANTED.**  Defendant shall no longer be required to participate in electronic home monitoring.

All other release conditions in the Order filed June 12, 2013, shall remain in full force and effect.

DATED January 13, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1