UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL COBO PACHECO, a/k/a Miguel Pacheco,<br><br>Defendant. | No. 2:13-CR-026-LRS-3<br><br>ORDER GRANTING MOTION TO MODIFY<br><br>☒    Motion Granted<br>     **(ECF No. 296)** |

The Court, having reviewed Defendant's Motion to Modify Conditions of Release to remove the home detention requirement, and there being no objection by the United States nor the United States Probation Office,

**IT IS ORDERED** that the Defendant's conditions of release are modified to the extent that he shall no longer be subject to curfew or home detention. All other conditions of release shall remain in effect.

DATED January 21, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1